No. 92–1384. BARCLAYS BANK PLC *v.* FRANCHISE TAX BOARD OF CALIFORNIA; and

No. 92–1839. COLGATE-PALMOLIVE CO. v. FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Motions of Government of the United Kingdom and Committee on State Taxation et al. for leave to file supplemental briefs as *amici curiae* in No. 92–1384 denied. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument.